UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES REID,                                                 :
                                                            :
                            Plaintiff,    :
                                                            :
          -against-                                        :        21-cv-6991 (VSB)
                                                            :
                                                            :           **ORDER**
RE-STEEL SUPPLY COMPANY, INC., et                           :
al.,                                                        :
                                                            :
                          Defendants.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On July 8, 2022, Magistrate Judge Gabriel W. Gorenstein granted the parties' request for an extension of discovery deadlines in this case. (Doc. 29.) All discovery is to be completed by November 1, 2022. (*See id.*) Accordingly, it is hereby

       ORDERED that the post-discovery conference currently scheduled for August 10, 2022 is adjourned *sine die*.

       IT IS FURTHER ORDERED that seven days after the close of discovery in this case, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge or the Southern District's Mediation Program for settlement purposes. Thereafter, I will schedule a post-discovery conference.

SO ORDERED.

Dated:    August 3, 2022
             New York, New York

                                                               Vernon S. Broderick
                                                                 United States District Judge