```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JAMES REID,                               :    21cv6991 (DLC)
                                          :
                    Plaintiff,            :       ORDER
          -v-                             :
                                          :
RE-STEEL SUPPLY COMPANY, INC. et al.,     :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

   This case has been reassigned to me for all purposes.  On March 23, 2022, the above captioned case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes.  It is hereby

   ORDERED that the general pretrial referral is vacated.


Dated:    New York, New York
          August 26, 2022

                                          _____
                                               DENISE COTE
                                          United States District Judge